[No. 11385–2–I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH KILGORE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–03776–5, Richard M. Ishikawa, J., entered February 5, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 11512–0–I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–00975–8, Dennis J. Britt, J., entered May 12, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 11420–4–I.   Division One.   May 23, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH E. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02209–6, Frank L. Sullivan, J., entered February 3, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.